# AFFIDAVIT OF SERVICE

| Case: 2026CV30679 | Court: DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO | County: Jefferson, CO | Job: 15729036 (1709965) |
|---|---|---|---|
| Plaintiff / Petitioner: VANESSA RUIZ | | Defendant / Respondent: REDSTONE EDUCATION, LP D/B/A MCAIR AVIATION, et al. | |
| Received by: Whitesell Process Service of Columbia | | For: Proof Technology, Inc. | |
| To be served upon: Champion Aerospace, LLC | | Court Date: | |

DATE FILED
April 28, 2026 12:00 PM
FILING ID: 98102E93A7D5A
CASE NUMBER: 2026CV30679

I, George Corley, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Champion Aerospace, LLC C/O CT Corporation System c/o Brittany Cook, 2 Office Park Court Suite 103, Columbia, SC 29223

**Manner of Service:** Registered Agent, Apr 23, 2026, 8:40 am EDT

**Documents:** COMPLAINT AND JURY DEMAND; DISTRICT COURT CIVIL CASE COVER SHEET; Exhibit 1 McAir Memo to Spartan Mechanics re Magneto Issue; Exhibit 4 Hartzel Engine Tech Launches POWERUP Article; Exhibit 3 Champion Aerospace LLC SB2-19A; Exhibit 5 Hartzell ASB; Exhibit 2 Champion Aerospace LLC SB1-19; Summons Champion Aerospace LLC (Received Apr 22, 2026 at 12:00am EDT)

**Additional Comments:**
1) Successful Attempt: Apr 23, 2026, 8:40 am EDT at 2 Office Park Court Suite 103, Columbia, SC 29223 received by Champion Aerospace, LLC C/O CT Corporation System c/o Brittany Cook. Age: 35-40; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'7"; Hair: Black; Attempted service at the address provided. I made contact with Brittany Cook who stated she is authorized to accept documents. She accepted service without incident.

George Corley — Date: 04/24/2026

Whitesell Process Service of Columbia SC
2805 Millwood Avenue
Columbia, SC 29205

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Date: 04-24-26 — Commission Expires: 09-06-33

MATTHEW TEETS
Notary Public - State of South Carolina
My Commission Expires
September 6, 2033

EXHIBIT 4

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway, Golden, CO 80401 | |
| Plaintiff(s) / Petitioner(s): **VANESSA RUIZ**<br><br>v.<br><br>Defendant(s) / Respondent(s): **REDSTONE EDUCATION, L.P. D/B/A MCAIR AVIATION, HARTZELL ENGINE TECHNOLOGIES, LLC, CHAMPION AEROSPACE, LLC, and QUALITY AIRCRAFT ACCESSORIES, INC.** | DATE FILED<br>April 23, 2026 12:01 PM<br>FILING ID: 47CB5520832AC<br>CASE NUMBER: 2026CV30679<br><br>▲ COURT USE ONLY ▲<br><br>Case No.: 2026CV30679 |
| **AFFIDAVIT OF SERVICE** | |

I, Shayla Currie, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Hartzell Engine Technologies, LLC in Montgomery County, AL on April 22, 2026 at 11:57 am at 2 N Jackson St, Ste 605, Montgomery, AL 36104-3821 by leaving the following documents with Tiffany Ford who as Intake specialist at CT Corp is authorized by appointment or by law to receive service of process for Hartzell Engine Technologies, LLC.

COMPLAINT AND JURY DEMAND
DISTRICT COURT CIVIL CASE COVER SHEET
Exhibit 1 McAir Memo to Spartan Mechanics re Magneto Issue\
Exhibit 4 Hartzel Engine Tech Launches POWERUP Article
Exhibit 3 Champion Aerospace LLC SB2-19A
Exhibit 5 Hartzell ASB
Exhibit 2 Champion Aerospace LLC SB1-19
SUMMONS - HARTZELL ENGINE TECHNOLOGIES, LLC

Additional Description:
After calling CT Corp office, 8887551133, I was able to speak to someone tha was able to give me the number for CT, 334 6494100. After which I was able to gain entry into the building.
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.3778224,-86.296222
Photograph: See Exhibit 1

Total Cost: $103.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Montgomery County,

AL on 4/23/2026.

/s/ *Shayla Currie*

Signature
Shayla Currie
+1 (334) 647-7893


Exhibit 1a)
ACCA
2 NORTH JACKSON ST

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway, Golden, CO 80401 | |
| Plaintiff(s) / Petitioner(s): **VANESSA RUIZ**<br><br>v.<br><br>Defendant(s) / Respondent(s): **REDSTONE EDUCATION, L.P. D/B/A MCAIR AVIATION, HARTZELL ENGINE TECHNOLOGIES, LLC, CHAMPION AEROSPACE, LLC, and QUALITY AIRCRAFT ACCESSORIES, INC.** | DATE FILED<br>April 23, 2026 8:29 PM<br>FILING ID: A44E1E1A435EC<br>CASE NUMBER: 2026CV30679<br><br>**▲ COURT USE ONLY ▲**<br><br>Case No.: 2026CV30679 |
| **AFFIDAVIT OF SERVICE** | |

I, Randi Smith, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Quality Aircraft Accessories, Inc. in Canadian County, OK on April 22, 2026 at 11:07 am at 1833 S Morgan Rd, Oklahoma City, OK 73128-7004 by leaving the following documents with Amy Stowe who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Quality Aircraft Accessories, Inc..

COMPLAINT AND JURY DEMAND
DISTRICT COURT CIVIL CASE COVER SHEET
Exhibit 1 McAir Memo to Spartan Mechanics re Magneto Issue
Exhibit 4 Hartzel Engine Tech Launches POWERUP Article
Exhibit 3 Champion Aerospace LLC SB2-19A
Exhibit 5 Hartzell ASB
Exhibit 2 Champion Aerospace LLC SB1-19
Summons Quality Aircraft Accessories Inc
Race: White, Sex: Female, Est. Age: 55-64, Hair: Blonde, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=35.4471413927,-97.6894667447
Photograph: See Exhibit 1

Total Cost: $107.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Canadian County,

OK on 4/22/2026.

/s/ Randi Smith

Signature

Randi Smith
+1 (405) 245-5762


Exhibit 1a)
ALTERATIONS

| | |
|---|---|
| District Court, Jefferson County, State of Colorado<br>100 Jefferson County Parkway, Golden, CO 80401 | |
| Plaintiff(s) / Petitioner(s): **VANESSA RUIZ**<br><br>v.<br><br>Defendant(s) / Respondent(s): **REDSTONE EDUCATION, L.P. D/B/A MCAIR AVIATION, HARTZELL ENGINE TECHNOLOGIES, LLC, CHAMPION AEROSPACE, LLC, QUALITY AIRCRAFT ACCESSORIES, INC.** | DATE FILED<br>April 23, 2026 4:38 PM<br>FILING ID: 114E2EB3CB5CC<br>CASE NUMBER: 2026CV30679<br>**▲ COURT USE ONLY ▲**<br>Case No.: 2026CV30679 |
| **AFFIDAVIT OF SERVICE** | |

I, Diana Marshall-Gut, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Redstone Education, L.P. d/b/a McAir Aviation in Arapahoe County, CO on April 23, 2026 at 1:56 pm at 1900 W Littleton Blvd, Littleton, CO 80120-2023 by leaving the following documents with Shannon White who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for Redstone Education, L.P. d/b/a McAir Aviation.

COMPLAINT AND JURY DEMAND
DISTRICT COURT CIVIL CASE COVER SHEET
Exhibit 1 McAir Memo to Spartan Mechanics re Magneto Issue.pdf
Exhibit 4 Hartzel Engine Tech Launches POWERUP Article.pdf
Exhibit 3 Champion Aerospace LLC SB2-19A.pdf
Exhibit 5 Hartzell ASB.pdf
Exhibit 2 Champion Aerospace LLC SB1-19.pdf
Summons Redstone Education LP dba McAir Aviation.pdf

Additional Description:
Intake Specialist Shannon White F blonde 5'6 140 yes glasses 39-44
Race: , Sex: , Est. Age: , Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=39.6129713784,-105.0103886117
Photograph: See Exhibit 1

Total Cost: $93.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Broomfield County,

CO on 4/23/2026.

/s/ Diana Marshall-Gut

Signature
Diana Marshall-Gut
+1 (720) 629-7781


Exhibit 1a)
MILLER & LAW P.C.
Attorneys at Law

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 JEFFERSON COUNTY PARKWAY, GOLDEN, CO, 80401-6002 | |
| **Plaintiff(s)** VANESSA RUIZ<br>v.<br>**Defendant(s)** REDSTONE EDUCATION LP et al. | DATE FILED<br>April 21, 2026 9:25 AM<br>CASE NUMBER: 2026CV30679<br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2026CV30679<br>Division: 6 Courtroom: |
| **Civil Procedure Order** | |

THIS MATTER was assigned to this Division. The Court issues the following Order regarding case procedure. The Court will follow the deadlines set forth in C.R.C.P. 16 and 16.1. Please note the significant amendments made to C.R.C.P. 16, 26 and other rules effective July 1, 2015. Please also note significant amendments made to C.R.C.P. 16.1, effective September 1, 2018.

1. Deadline Changes: All civil courtrooms are on a delay reduction docket. Deadlines will not be extended merely based on a stipulation between parties. If a motion is filed, the parties should proceed as if the extension request will be denied.

2. Service of Process: Returns of Service on all defendants shall be filed **within 63 days** after the date of the filing of the complaint. *See* C.R.C.P. 4(m).

3. Default: Application for default shall be filed **within 21 days** after default has occurred.

4. Affirmative Defenses: Please note the 2015 Comment to Rule 12: "The practice of pleading every affirmative defense listed in Rule 8(c), irrespective of a factual basis for the defense, is improper under C.R.C.P. 11(a)."

5. Case Management Under C.R.C.P 16.1: The parties need not prepare a case management order or attend a case management conference under Simplified Procedure, unless a request is submitted. Only a Certificate of Compliance must be filed. *See* C.R.C.P. 16.1(h).

6. Initial Case Management Conference Under C.R.C.P. 16: The Responsible Attorney must file and serve a Notice To Set the initial case management conference **within 7 days** after the At Issue Date. *See* C.R.C.P. 16(b).

a. This case management conference must be held **within 49 days** after the case is at issue.

b. When setting the conference, the parties are encouraged to agree also on a trial setting as part of preparing the proposed Case Management Order (JDF 622). If not agreed, the parties must be prepared to set the trial date at the Initial Case Management Conference. Unless extraordinary circumstances exist, trials shall be held **within 1 year** of the case filing date.

c. If monetary relief is sought by any party, the proportionality analysis required in paragraph 6 of the proposed Case Management Order must include estimated dollar amounts for all damages categories, including economic, non-economic, attorney fees and costs.

d. A joint request to dispense with the case management conference must provide complete and detailed information required by C.R.C.P. 16(d)(3), including an analysis of the proportionality of the proposed discovery in light of the damage categories and damage computations disclosed under C.R.C.P 26(a)(1)(C) and a trial setting.

7. Form of Pleadings: Each motion must be filed in separate pleading. All proposed orders, such as the proposed Case Management Order, shall be filed electronically in editable format. All parties must follow the Mandatory Document Filing Standards contained in Chief Judge Order 2017-1, including using a document title that is appropriately descriptive of that

pleading or exhibit. http://tinyurl.com/zsrkxhy For example, simply using "Exhibit A" is not an appropriate title; rather, "Exhibit A to MSJ Car Photo" complies.

8. Mediation: Pursuant to C.R.S. §13-22-311, all parties are ordered to participate in mediation. If C.R.C.P. 16 applies, the parties shall also include the following mediation sentences in paragraph 7 or 17 of the proposed Case Management Order:

**Within 35 days** after filing of the proposed Case Management Order, the parties shall schedule mediation with a mediator of their choice and file a Notice of Mediation Setting that provides the name of the mediator and the date of the scheduled mediation. **Within 14 days** after mediation, a Notice of Mediation Completion shall be filed that contains a status report regarding mediation. The Court will consider extending these time periods and/or waiving the mediation requirement upon timely filing of a motion showing good cause.

9. Settlement: If the parties settle the case after trial has been set, the Court will not vacate the trial until the parties have filed a stipulation to dismiss the case with prejudice.

10. Virtual Appearances: Virtual appearances are permitted for case management conferences. For all other settings, virtual appearances for parties and witnesses are only permitted with express prior approval by the Division. **Any party attending any appearance virtually must**: (1) ensure beforehand that all equipment necessary for the virtual appearance is working; (2) turn their web camera on for the appearance; (3) be dressed professionally; and (4) utilize a stationary device from an office-type setting (not remotely from the car).

11. Contact Information: Parties shall contact the Court's Division Clerk for all scheduling matters, Tuesday through Friday, at 01Division6@judicial.state.co.us. Please note that the Division Clerk requires the filing of a Notice to Set before a hearing or other matter can be scheduled.

For all other inquiries, parties may contact the Division's Law Clerk at 720-772-2628.

To obtain a setting, the parties must email the Division Clerk as indicated above.

12. Related Cases: Any attorney entering an appearance in this case who is aware of a past or present related case is ordered to complete and file an Information Regarding Related Case(s). http://tinyurl.com/q56s394

13. Service of Order: Plaintiff shall send a copy of this Order to all other parties who enter an appearance and shall file a Certificate of Service of Civil Procedural Order **within 7 days** after the At Issue Date.

Issue Date: 4/21/2026

CHRISTOPHER CLAYTON ZENISEK
District Court Judge